**Order entered July 21, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00016-CV

**NANCY RANGEL AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**MCMACKIN-BEAM REVOCABLE TRUST, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05738-B**

## ORDER

On April 10, 2015, appellant filed a document titled "Amended Appellant Reply Brief & Request of a Motion for Relief from Trial Court Proceedings." This motion and any other pending motions filed by appellant are hereby **DENIED**.

/s/     DAVID EVANS
             JUSTICE